# Fa'asao Amerika Samoa et al v. NMFS et al 1:26-CV-00438

| DESCRIPTION | DATE | BATES NUMBER | Hyperlink |
|---|---|---|---|
| NMFS BA EFH American Samoa April 2026 Track changes Acoustic impacts and BMP updates to PIRO - sent as attachement to Mori 4-15-26 email.pdf | 4/15/2026 | N02659 | N02659 |
| BOEM 2026 BA on BOEM Potential American Samoa Offshore Minerals Lease Sale webpage | Apr-26 | N02844 | N02844 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## -JAO-KJM Index Supplement

| Section |
| --- |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |

| |
|---|
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |