ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Energy & Natural Resources Division
MEREDITH L. FLAX, Deputy Section Chief
JOHN H. MARTIN, Senior Trial Attorney (Colo. Bar #32667)
JESSICA L. COLE, Trial Attorney (D.C. Bar#1011384)
Wildlife & Marine Resources Section
999 18th St., Suite 600 North Terrace
Denver, CO 80202
Tel: 303-319-5359 (Martin); (202) 598-3105 (Cole)
Fax: 303-844-1350
Email: john.h.martin@usdoj.gov; jessica.cole3@usdoj.gov

*Attorneys for Federal Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| FA'ASAO AMERIKA SAMOA and CONSERVATION COUNCIL FOR HAWAI'I,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL MARINE FISHERIES SERVICE and HOWARD LUTNICK, in his official capacity as Secretary of Commerce of the United States,<br><br>Defendants. | CASE NO. 1:26-CV-00438-JAO-KJM<br><br>Federal Defendants' Motion to Exceed the Page Limit<br><br>Judge: Hon. Jill A. Otake |

FEDERAL DEFENDANTS' MOTION TO EXCEED THE PAGE LIMIT

Pursuant to Local Rule 7.4 and General Civil Case Procedure 7.4, Federal Defendants respectfully request that the Court grant them leave to exceed the page/word limit by an additional ten pages, or 2,000 words, in their opposition to Plaintiffs' motion for summary judgment, which is due on October 19, 2026. Federal Defendants must respond to multiple legal and factual issues in a single opposition brief, when they typically get two briefs under a staggered summary judgment briefing schedule. Moreover, because the issues in the related *Our Common Wealth 670 v. National Marine Fisheries Service, et. al.*, largely mirror those here, and thus the Court is likely to reach the same conclusions in both cases, it is crucial that Federal Defendants be able to adequately brief their opposition. Federal Defendants contacted Plaintiffs' counsel on October 15, 2026, and they indicated that they oppose this motion.

For the aforementioned reasons, Federal Defendants respectfully request that the Court allow them to exceed the page limit for their opposition to Plaintiff's motion for summary judgment by ten pages, or 2,000 words.

Respectfully submitted this 15th day of October 2026,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
MEREDITH L. FLAX, Deputy Section Chief
United States Department of Justice
Energy & Natural Resources Division

/s/ *Jessica L. Cole*
JESSICA L. COLE (D.C. Bar # 1011384)

Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, D.C. 20044-7611
T: (202) 598-3105
Email: jessica.cole3@usdoj.gov

JOHN H. MARTIN (Colo. Bar #32667)
Wildlife & Marine Resources Section
999 18th St., Suite 600 North Terrace
Denver, CO 80202
Tel: 303-319-5359
Fax: 303-844-1350
Email: john.h.martin@usdoj.gov

*Attorneys for Federal Defendants*

CERTIFICATE OF SERVICE

I hereby certify that, on October 15, 2026, the foregoing was electronically filed through the ECF filing system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing.

*/s/ Jessica L. Cole*