**U.S. Department of Justice**

Energy and Natural Resources Division

***Wildlife and Marine Resources Section***
***P.O. Box 7611***
***Washington, DC 20044***

***Telephone (202) 598-7775***
***Facsimile (202) 305-0275***

cc | JAO with flash drive.

<u>*Via Hand Delivery*</u>

October 15, 2026

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OCT 15 2026
at 1 o'clock and 55 min. PM CB
Lucy H. Carrillo, Clerk

Office of the Clerk
U.S. District Court
District of Hawaii
Prince Kuhio Federal Building
300 Ala Moana Blvd., C-338
Honolulu, Hawaii 96850

Re: *Fa'asao Amerika Samoa et al v. National Marine Fisheries Service et al, No. CV-26-00438 JAO-KJM (D. Haw.)*

Dear Clerk of Court:

I write on behalf of Defendants in the case described above, the National Marine Fisheries Service ("Service") and Howard Lutnick, in his official capacity as Secretary of the U.S. Department of Commerce.

The Service hereby submits for manual filing two copies of its supplemental administrative record on USB flash drives, each of which contains: (i) the Service's supplemental administrative record; (ii) an index for the supplemental administrative record; and (iii) a declaration certifying the contents of the supplemental administrative record. Please deliver one copy to the chambers of the Honorable Jill A. Otake. A copy of the supplemental administrative record has also been served on Plaintiffs via electronic file transfer, per Plaintiffs' request.

Please contact me should this filing prompt any questions

Sincerely,

<u>*/s/ Jessica L. Cole*</u>
Jessica L. Cole
Trial Attorney
(202) 598-3105

## Fa'asao Amerika Samoa et al v. NMFS et al 1:26-CV-00438

| DESCRIPTION | DATE | BATES NUMBER | Hyperlink |
| --- | --- | --- | --- |
| NMFS BA EFH American Samoa April 2026 Track changes Acoustic impacts and BMP updates to PIRO - sent as attachement to Mori 4-15-26 email.pdf | 4/15/2026 | N02659 | N02659 |
| BOEM 2026 BA on BOEM Potential American Samoa Offshore Minerals Lease Sale webpage | Apr-26 | N02844 | N02844 |

## -JAO-KJM Index Supplement

| Section |
| --- |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| FA'ASAO AMERIKA SAMOA and CONSERVATION COUNCIL FOR HAWAI'I,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL MARINE FISHERIES SERVICE and HOWARD LUTNICK, in his official capacity as Secretary of Commerce of the United States,<br><br>Defendants. | CASE NO. 1:26-CV-00438-JAO-KJM<br><br>Supplement to Certified Index to the Administrative Record of the National Marine Fisheries Service |

I certify under penalty of perjury in accordance with 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on this 15th day of October 2026.

[signature]

**Cole, Jessica (ENRD)**

| | |
|---|---|
| **From:** | hid_resp@hid.uscourts.gov |
| **Sent:** | Thursday, October 15, 2026 3:43 PM |
| **To:** | hawaii_cmecf@hid.uscourts.gov |
| **Subject:** | Activity in Case 1:26-cv-00438-JAO-KJM Fa'asao Amerika Samoa, et al v. National Marine Fisheries Service, et al Administrative Record |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**District of Hawaii**

## Notice of Electronic Filing

The following transaction was entered by Cole, Jessica on 10/15/2026 at 9:42 AM HST and filed on 10/15/2026

| | |
|---|---|
| **Case Name:** | Fa'asao Amerika Samoa, et al v. National Marine Fisheries Service, et al |
| **Case Number:** | 1:26-cv-00438-JAO-KJM |
| **Filer:** | Howard Lutnick<br>National Marine Fisheries Service |
| **Document Number:** | 38 |

**Docket Text:**
**Administrative Record. RCD=2/12/2027. (Attachments: # (1) Exhibit Index, # (2) Exhibit Certification)(Cole, Jessica)**

**1:26-cv-00438-JAO-KJM Notice has been electronically mailed to:**

Christopher D. Eaton ceaton@earthjustice.org

Christopher D. Eaton ceaton@earthjustice.org, efile@earthjustice.org, mkim@earthjustice.org, mohara@earthjustice.org

David L. Henkin dhenkin@earthjustice.org, coshiro@earthjustice.org, efile@earthjustice.org, jparks@earthjustice.org

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Energy & Natural Resources Division
MEREDITH L. FLAX, Deputy Section Chief
JOHN H. MARTIN, Senior Trial Attorney (Colo. Bar #32667)
JESSICA L. COLE, Trial Attorney (D.C. Bar#1011384)
Wildlife & Marine Resources Section
999 18th St., Suite 600 North Terrace
Denver, CO 80202
Tel: 303-319-5359 (Martin); (202) 598-3105 (Cole)
Fax: 303-844-1350
Email: john.h.martin@usdoj.gov; jessica.cole3@usdoj.gov

*Attorneys for Federal Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| FA'ASAO AMERIKA SAMOA and CONSERVATION COUNCIL FOR HAWAI'I,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL MARINE FISHERIES SERVICE and HOWARD LUTNICK, in his official capacity as Secretary of Commerce of the United States,<br><br>Defendants. | CASE NO. 1:26-CV-00438-JAO-KJM<br><br>Federal Defendants' Notice of Filing Supplemental Agency Administrative Record<br><br>Judge: Hon. Jill A. Otake |

Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, D.C. 20044-7611
T: (202) 598-3105
Email: jessica.cole3@usdoj.gov

JOHN H. MARTIN (Colo. Bar #32667)
Wildlife & Marine Resources Section
999 18th St., Suite 600 North Terrace
Denver, CO 80202
Tel: 303-319-5359
Fax: 303-844-1350
Email: john.h.martin@usdoj.gov

*Attorneys for Federal Defendants*