UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

**Request for Media Blogging**

The undersigned requests that the court allow blogging during the proceeding(s) described below. Requests must be emailed to the presiding judge's email address for orders. For matters calendared at least 28 days in advance, requests must be received by the court 14 days prior to the start of the proceeding. For matters calendared less than 28 days in advance, requests must be made as soon as practicable.

---

Case Name: Fa'asao Amerika Samoa, et al v. National Marine Fisheries Service, et al    Case No. 1:26-cv-00438

Presiding District or Magistrate Judge: Jill A. Otake

Media Outlet: Honolulu Civil Beat

Representative(s): Fa'asao Amerika Samoa, et al v. National Marine Fisheries Service, et al

Email Address To Send Completed Request Form: theaton@civilbeat.org

☐ Permission being sought for the following hearing(s):

| Date | Time | Hearing Type |
|---|---|---|
| 10/30/2026 | 09:00 | Hearing on Plaintiffs' Motion For Summary Judgment |
| | | |
| | | |
| | | |
| | | |

DATED: 10/28/2026    SIGNATURE: [signature]

PRINTED NAME: Thomas Heaton

---

IT IS SO ORDERED.

☒ APPROVED    ☐ APPROVED AS MODIFIED    ☐ DENIED.

DATED: 10/28/2026    [signature]