DAVID L. HENKIN #6876
HARLEY M. BROYLES #11640
EARTHJUSTICE
850 Richards Street, Suite 400
Honolulu, Hawaiʻi 96813
T: (808) 599-2436
Email: dhenkin@earthjustice.org
hbroyles@earthjustice.org

CHRISTOPHER D. EATON
(*pro hac vice*)
EARTHJUSTICE
810 3rd Avenue, Suite 610
Seattle, Washington 98104
T: (206) 343-7340
Email: ceaton@earthjustice.org

JOSEPH V. LANGKILDE III
(*pro hac vice*)
EARTHJUSTICE
1250 I Street NW, Fourth Floor
Washington, DC 20005
T: (202) 667-4500
Email: jlangkilde@earthjustice.org

Attorneys for Plaintiffs
Faʻasao Amerika Samoa and
Conservation Council for Hawaiʻi

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAIʻI

| | |
|---|---|
| FAʻASAO AMERIKA SAMOA and CONSERVATION COUNCIL FOR HAWAIʻI,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE and HOWARD LUTNICK, in his official capacity as Secretary of Commerce of the United States,<br><br>Defendants. | CIVIL NO. CV-26-438 JAO-KJM<br><br>PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY<br><br><u>Judge:</u> Hon. Jill A. Otake<br><br><u>Trial Date:</u> None Set<br><br><u>Related to ECF 15</u> |

PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

During the October 30, 2026 hearing on Plaintiffs' Motion for Summary Judgment, Defendants cited, quoted, and relied on a case (*Friends of the River v. Nat'l Marine Fisheries Serv.*, 293 F. Supp. 3d 1151 (E.D. Cal. 2018)) that had not been cited in any of the parties' briefs and for which Defendants did not file a Notice of Supplemental Authorities pursuant to Local Rule 7.6. Plaintiffs provide notice of the following supplemental authority under Local Rule 7.6:

- *Friends of the River v. Nat'l Marine Fisheries Serv.*, 786 F. App'x 666, 669–70 (9th Cir. 2019) (reversing district court in relevant part because the National Marine Fisheries Service (NMFS) failed to "provide a reasoned explanation for" its change in what NMFS included in the scope of the "agency action" for purposes of consultation under Endangered Species Act section 7).

DATED: October 30, 2026.

DAVID L. HENKIN
HARLEY M. BROYLES
EARTHJUSTICE
850 Richards Street, Suite 400
Honolulu, Hawai'i 96813
T: (808) 599-2436
Email: dhenkin@earthjustice.org
hbroyles@earthjustice.org

/s/ Christopher D. Eaton
CHRISTOPHER D. EATON
(*pro hac vice*)
EARTHJUSTICE

810 3rd Avenue, Suite 610
Seattle, Washington 98104
T: (206) 343-7340
Email: ceaton@earthjustice.org

JOSEPH V. LANGKILDE III
(*pro hac vice*)
EARTHJUSTICE
1250 I Street NW, Fourth Floor
Washington, DC 20005
T: (202) 667-4500
Email: jlangkilde@earthjustice.org

Attorneys for Plaintiffs
Fa‘asao Amerika Samoa and
Conservation Council for Hawai‘i